[No. 64947-7-I.  Division One.  May 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ZANE WINTER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. RIGOBERTO JESUS CONTRERAS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. TOBY KEVIN ANDERSON, JR., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LEE BAXTER, JR., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-02094-4, Richard D. Hicks, J., entered February 19, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 64975-2-I.  Division One.  May 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP VAN ATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00581-4, Nelson E. Hunt, J., entered June 2, 2009. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ. Now published at 156 Wn. App. 799.

[No. 38068-4-II.  Division Two.  May 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN BRAAE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-00845-7, Richard A. Strophy, J., entered July 24, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.